# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153786(89)

*In re* HICKS/BROWN, Minors.

SC: 153786
COA: 328870
Wayne CC Family Division:
12-506605-NA

_____/

On order of the Chief Justice, the motion of the Michigan Department of Health and Human Services for a ten-day extension to the time for all parties to file their supplemental briefs is GRANTED. The parties' supplemental briefs will be accepted as timely filed if submitted on or before September 9, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 26, 2016



Clerk